No. 99–5463. PLUTA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–5464. POLLOCK v. BRIGANO, WARDEN, ET AL. Ct. App. Ohio, Warren County. Certiorari denied.

No. 99–5465. SCRUGGS v. MCBRIDE, SUPERINTENDENT, WESTVILLE CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 99–5466. PAGE-BEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–5468. PRESTON v. HUGHES ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–5469. BRICE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 99–5470. PRINS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–5471. STEWART v. KNUTSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–5472. ARNOLD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–5473. COLE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–5475. BANE v. ROBINSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–5478. STROUPE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5479. GARDNER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99–5480. FARR v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 99–5481. GAUVIN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.